UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Sandra M. Snyder
United States Magistrate Judge
Fresno, California

                                      RE:    MAO VEN
                                                   Docket Number:  1:01CR05005-01 SMS
                                                   <u>Dismissal of Probation Warrant</u>;
                                                   ORDER

Your Honor:

This memorandum is to request the Court vacate and recall the probation warrant issued for the defendant's arrest.

The Ninth Circuit Court of Appeals decision in <u>U.S. v. Vargas-Amaya</u>, 389 F.3d 901 (2004) ruled that a district court's jurisdiction to revoke supervision beyond the term of supervision ordered is extended if the warrant was issued "upon probable cause, supported by Oath or Affirmation," as required by the Fourth Amendment.

On July 11, 2001, the above defendant appeared before Your Honor for sentencing based on a guilty plea to violation of 18 USC 641, Theft of Government Property (Count 1).  Four remaining counts were dismissed.  He was placed on probation for 3 years.  He was also ordered to pay a $25 special assessment and $6,532 restitution.  In addition to standard conditions of probation, the defendant was also ordered to submit to warrantless search and seizure, submit to financial disclosure to the probation officer, and complete 100 hours community service by July 29, 2002.

On December 19, 2002, the probation officer filed a Petition for Summons, which alleged the following violations of the conditions of probation: 1) Use of a Controlled Substance; 2) Failure to submit monthly supervision reports; 3) Failure to follow the instructions of the probation officer; and 4) Failure to pay restitution.  The defendant was served with a summons to appear before Your Honor on January 15, 2003.  He failed to appear, and on January 23, 2003, a warrant was issued for his arrest.  The warrant remains outstanding.

**RE:  MAO VEN**
    **Docket Number:   1:01CR05005-001 SMS**
    **Dismissal of Expired Probation Warrant**

Based on the Ninth Circuit Court of Appeals decision in U.S. v. Vargas-Amaya, 389 F.3d 901 (2004), it is recommended the Court recall the warrant and dismiss the case against the defendant, Mao Ven.

Respectfully submitted,

/s/ Rick C. Louviere

**Rick C. Louviere**
**Assistant Deputy Chief  U.S. Probation Officer**

Dated:        February 10, 2010
              Fresno, California
              RCL

cc:    United States District Court Clerk's Office

       United States Marshals Service

---

### THE COURT ORDERS

(XX ) Vacate, recall the Petition for Warrant dated December 19, 2002 [Doc. 23] , Summons dated December 20, 2002 and the Warrant issued on January 23, 2003 against defendant **Mao Ven**, and pursuant to Ninth Circuit Court of Appeals decision in U.S. v Vargas-Amaya.

IT IS SO ORDERED.

Dated:   February 17, 2011            /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE